UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 1 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-094 |
| | § | |
| ISMAEL LOZANO, LUIS ERNESTO | § | B-03-211 |
| LONGORIA, ABRAHAM OCHOA, | § | |
| and ERIC SOLIS | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED
NOV 0 4 2003
Michael N. Milby
Clerk of Court

### ORDER OF SEVERANCE

The District Clerk is hereby ORDERED to sever Defendant ERIC SOLIS from this case and assign him a new and distinct cause number. The Clerk shall then transfer the pleadings and entries pertaining to ERIC SOLIS to his newly-created case file.

IT IS SO ORDERED this 18th day of November, 2003.

_____
Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk