# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

NOV 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC.<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| ISMAEL LOZANO, GERALD<br>MANTHEY, LUIS ERNESTO<br>LONGORIA, CARLOS MASSO,<br>KLAUS MEYER, ABRAHAM OCHOA,<br>GEORGE RAMIREZ, ERIC SOLIS and<br>DUAINE WOHLERS<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIV. NO. B-03-094 |

C A B - 0 3 - 2 1 1

United States District Court
Southern District of Texas
**FILED**

NOV 0 4 2003

Michael N. Milby
Clerk of Court

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANT ERIC SOLIS

Before the Court is Plaintiff's Motion for Substitute Service on Defendant Eric Solis

(Docket No. 40). According to Federal Rule of Civil Procedure 4(e), service may be effected

pursuant to the law of the state in which the district court is located. Under Rule 106 of the Texas

Rules of Civil Procedure, the Court may authorize substitute service on a defendant upon motion

supported by an affidavit of the process server stating the location of the defendant's usual place

of abode, the facts surrounding attempted personal service, and that the attempts at personal

service have not been successful.

The Plaintiff has complied with the above procedural requirements and has provided the

affidavit of the deputy constable who attempted service in this matter. According to the

constable's affidavit, it is his belief that notice will be effectuated by delivering a true copy of the

summons with the complaint thereto attached to anyone not less than sixteen years of age at Eric

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

By_____ Deputy Clerk

Solis' usual place of abode. The evidence before the court shows that such action will be reasonably effective in giving the defendant notice of the suit.

It is accordingly ORDERED that the motion is hereby GRANTED to the extent that it requests approval for service upon Eric Solis by delivering a copy of the summons with complaint attached to anyone not less than sixteen years of age at Eric Solis' usual place of abode.

IT IS SO ORDERED this 31st day of October, 2003.

Felix Recio
United States Magistrate Judge

40
3

United States District Court
Southern District of Texas
FILED

OCT 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, Inc., §
§
    Plaintiff, §
§
V. §
§
ISMAEL LOZANO, GERALD §        No. CIV. B-03-094
MANTHEY LUIS ERNESTO §
LONGORIA, CARLOS MASSO, §        $B$-03-211
KLAUS MEYER, ABRAHAM OCHOA, §
GEORGE RAMIREZ, PEDRO §
SANDOVAL, ERIC SOLIS and DUAINE §
WOHLERS §
§
    Defendants. §

## PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANT ERIC SOLIS

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff DIRECTV, Inc. ("Plaintiff") files this Motion for Substitute Service on Defendant ERIC SOLIS and would respectfully show the Court as follows:

1.    Pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, service may be effected in any judicial district of the United States pursuant to the law of the state in which the district court is located. This court is located in Texas. Rule 106 of the Texas Rules of Civil Procedure provide that a Court may authorize substitute service on a defendant upon motion supported by an affidavit of the process server stating the location of the defendant's usual place of abode, the facts showing attempted personal service and that the attempts have not been successful. Service may be authorized by leaving the summons and complaint with a person over sixteen years of age at the location specified in the affidavit, or in any other manner that the affidavit shows will be reasonably effective to give the defendant notice of the suit.

2.    Plaintiff believes it is impractical to secure personal service of process upon ERIC SOLIS individually. As stated in the attached affidavit of private process server

numerous attempts at personal service have been made upon ERIC SOLIS at his home address: 1221 E. Harrison, Harlingen, Texas, 78550.

3.    This address stated above is believed to be that of ERIC SOLIS. Defendant can be given notice of this suit by delivering a copy of the summons with the complaint attached to anyone not less than sixteen years of age at ERIC SOLIS' usual place of abode, or by affixing or posting it to the main door at ERIC SOLIS' residence.

WHEREFORE, Plaintiff requests that the Court order substitute service upon Defendant in this manner, that a true copy of the order be attached thereto and included with the summons and complaint so served, and that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, L.L.P.

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765

**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Mr. Ricardo Adobbati
134 E. Price Road
Brownsville, TX 78520
Attorney for Klaus & Meyer

Eric Solis
1221 E. Harrison
Harlingen, TX 78550

Luis Ernesto Longoria
574 Azucena Avenue
Brownsville, TX 78520

Carlos Masso
Pro Se
1621 Tulane Avenue
Brownsville, TX 78520

Duaine Wohlers
302 N. 27th Street, Suite 126
Harlingen, TX 78550
Pro Se

Gerald Manthey
2213 N. Whitehouse Circle
Harlingen, TX 78550
Pro Se

Ismael Lozano
244 Boca Chica Blvd.
Brownsville, TX 78521

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the _16_ day of ~~September~~, 2003.                                                             _October_

Lecia L. Chaney

**Cameron County**
**Constable Department Pct. 5**
**608 E. Harrison**
**Harlingen, Texas 78550**
**956 427-8052**
**Affidavit For Rule 742-A**

STATE OF TEXAS §
COUNTY OF CAMERON §

BEFORE ME, the undersigned authority, on this day personally appeared
___Manuel Flores, Jr _, who after being duly sworn, did upon oath state the following:

1. "My name is ____Manuel Flores, Jr_____ I am over the age of eighteen (18) years, and fully competent to testify to the matters stated in this affidavit and each is true and correct."

2. "I am a Deputy Constable employed by Guadalupe C. Gonzales Constable for Pct. 5 Cameron County, Texas."

3. " I am a person who is disinterested in the cause described in the attached documents, I am not related by blood or marriage to any of the parties to this suit, and I am in all things competent to make oath of the facts stated herein."

4. "On the _22nd_ day of _August_ ,_2003_ , I was assigned a _____Civil Subpoena____ in cause No._B-03094_ styled Direct TV vs Ismael Lozano at El. , I was instructed to attempt service upon Eric Solis at_ 1221 E. Harrison Street, Harlingen, Texas, which is the party (ies) usual place of residence."

5. " I have made several attempts to obtain personal service of process on the within named defendant at__1221 E. Harrison, Harlingen Texas, which I determined to be the Defendant(s) usual place of business or residence."

| Date | Time | Place | Result |
|------|------|-------|--------|
| 08-29-03 | 9:45 a.m. | 1221 E. Harrison, Harlingen, Texas | no contact |
| 09-02-03 | 10:30 a.m. | 1221 E. Harrison, Harlingen, Texas | no contact |
| 09-03-03 | 08:30 a.m. | 1438 Summerfield Lane Harlingen, Texas | no contact |

"I believed this party will be given effective notice of this suit by delivering a true copy of the Citation, with the petition attached by serving anyone over sixteen (16 years of age at the party's usual place of above/business, pursuant to the provision of Rule 106 / 536, and 742a, Texas Rules of Civil Procedure."

Signed this _30th_ day of _September, 2003_    Time 2:00 P.M.

_____
Constable / Deputy Constable