COURTROOM MINUTES: **Felix Recio Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Nieto |
| CSO | : | Figueroa |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **October 31, 2003 at 9:00 a.m.** |

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

**CIVIL CASE NO. B-03-94**

DIRECTV, INC.           *           Lecia Chaney

vs                      *

Ismael Lozano et al     *      CAB-03-211

### MOTION HEARINGS

**Lecia Chaney** present for Plaintiff;
**Carlos Masso** present Pro Se;
**Gerald Manthey** present Pro Se;
**R Adobbati** present for defts Meyer, Ramirez and Sandoval;

Ms Chaney provides status on the case;
Counsel states she will be filing Motions to Dismiss on defendants Luis Ernesto Longoria, and Abraham Ochoa;
Counsel states she will be filing Motion for Default on deft Ismael Lozano;
Counsel further states filing a Motion for Substitute Service for deft Eric Solis and states a severance for deft Wohlers;

All counsel and Pro Se defendants have agreed to trial dates and have executed a Consent to Proceed before a Magistrate Judge (All except for deft Manthey);

Defendants Manthey, Masso, Meyer, Ramirez and Sandoval to be severed into individual cases;

Court adjourned.