6

B-03cv211

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  DATE: January 30, 2004 @ 4:00pm

TITLE George W. Balderas
Civil Processor

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: 1221 E Harrison, Harlingen, TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): As per order for substitute service, summons was placed in maildrop on door of James Vann Agency & Guardian Family Trust, Legacy Financial Services

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

George W. Balderas
**Signature of Server**

PO Box 5206, McAllen, TX 78502-5206.
**Address of Server**

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff,

VS.

ISMAEL LOZANO, GERALD MANTHEY
LUIS ERNESTO LONGORIA, CARLOS
MASSO, KLAUS MEYER, ABRAHAM
OCHOA, GEORGE RAMIREZ, PEDRO
SANDOVAL, ERIC SOLIS AND DUAINE WOHLERS

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-03-094**

TO: ERIC SOLIS
    1221 E HARRISON
    HARLINGEN, TX 78550

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    Lecia L. Chaney
    Rodriguez, Colvin & Chaney
    1201 East Van Buren
    P.O. Box 2155
    Brownsville, TX 78522-2155

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
_____
CLERK

5-23-03
_____
DATE

Rita Nieto
_____
BY DEPUTY CLERK