```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    D Ahumada
CSO                :    M Agado
Law Clerk          :    M Knicely
Interpreter        :    not needed
Date               :    May 25, 2004 at 2:05 p.m.
```

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-03-211

DIRECTV, INC.              *           Lecia Chaney

vs                         *

Eric Solis                 *

## STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
Eric Solis not present;

L Chaney announced that she will be re-filing a Motion for Substituted Service with a new affidavit;

Court adjourned.