United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| V. | § | No. CIV. B-03-211 |
| ERIC SOLIS, | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANT ERIC SOLIS

On this day came to be heard the Plaintiff's Motion for Substitute Service on Defendant ERIC SOLIS (the "Motion"). Having considered the Motion, the Court is of the opinion that it is impractical to serve ERIC SOLIS in person, and that the manner of service ordered herein will be reasonably effective to give the Defendant notice of this suit.

IT IS, ACCORDINGLY, ORDERED that the Motion be, and is hereby GRANTED and that service upon ERIC SOLIS be effected by placing a copy of the summons with complaint attached in the mail drop on the door of James Vann Agency & Guardian Family Trust, Legacy Financial Services and or affixed to his residence located at 1438 Summerfield Lane, Harlingen, Texas.

SIGNED this 2d day of June, 2004 in Brownsville, TX.

_____
JUDGE PRESIDING

xc: Lecia L. Chaney
    Rodriguez, Colvin, Chaney & Saenz
    P.O. Box 2155
    Brownsville, Tx 78522