COURTROOM MINUTES: **Felix Recio Judge Presiding**
                              Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knisely |
| Interpreter | : | not needed |
| Date | : | **September 1, 2004 at 2:35 pm** |

United States District Court
Southern District of Texas
FILED
SEP 0 1 2004
Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-03-211 (HGT)

**DIRECTV, INC.**  *  Lecia Chaney

vs  *

Eric Solis  *

### STATUS CONFERENCE

Lecia Chaney present for Plaintiff;
Attorney states there was substituted service on the defendant;

Status conference reset for 10/4/04 at 2:00 p.m.;

Court adjourned.