IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., Plaintiff | § § § § | |
| V. | § § § | CIVIL ACTION B-03-211 |
| ERIC SOLIS Defendant | § § § | |

### ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On the _____ day of _____, 2004, the Court considered plaintiff, DIRECTV, Inc.'s request for entry of default and for default judgment against defendant, ERIC SOLIS. After considering the request, the affidavits and other evidence on file, the Court:

FINDS the record supports entry of default and default judgment. Therefore the Court ORDERS the clerk to enter default and default judgment against defendant, ERIC SOLIS, in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $587.00 and attorney fees in the sum of $1,712.00 amounting in all to the sum of $12,299.00, plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid; and, that the Plaintiff have execution therefore;

It is further ORDERED and ADJUDGED that Defendant, ERIC SOLIS is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. §605, or committing or assisting in committing any violation of 18 U.S.C. §2511 or §2512.

Done at Brownsville, Texas, this _____ day of September, 2004.

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC.,<br>  Plaintiff | § § § | |
| V. | § § § | CIVIL ACTION B-03-211 |
| ERIC SOLIS<br>  Defendant | § § § | |

## ORDER ON ENTRY OF DEFAULT

After considering Plaintiff DIRECTV's request for entry of default against Defendant, Eric Solis, the affidavits and other evidence on file, the court

FINDS that the record supports entry of default and ORDERS the clerk to enter Default.

Signed this _____ day of September, 2004 in Brownsville, Texas.

_____
U.S. DISTRICT JUDGE