**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT - 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| VS | * | C.A. NO. B03-211 |
| ERIC SOLIS | * | |

### ORDER CANCELLING STATUS CONFERENCE

The status conference set for October 4, 2004, at 2:00 p.m., is hereby CANCELLED pending action on Plaintiff's Request for Entry of Default and Default Judgment against Defendant ERIC SOLIS.

DONE at Brownsville, Texas, on <u>4th</u> day of <u>October</u> 2004.

_____
Felix Recio
United States Magistrate Judge