**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| DIRECTV, INC. § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-211 |
| § | |
| ERIC SOLIS, § | |
|     Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT ERIC SOLIS'S DEFAULT

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Defendant Eric Solis (Docket No. 14) is GRANTED. Furthermore, it is ORDERED that Defendant Solis is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Solis and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

    (1) statutory damages in the amount of ten thousand dollars ($10,000.00);

    (2) costs in the amount of five-hundred and eighty-seven dollars ($587.00);

    (3) attorney's fees in the amount of one-thousand seven-hundred and twelve dollars ($1,712.00); and

    (4) post-judgment interest equaling _____ % per annum.

In addition, Defendant Solis is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

    DONE at Brownsville, Texas this _____ day of _____, 2004.

                                                      Hilda Tagle
                                                      United States District Judge