UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC | §. | |
| VS. | § § § | CIVIL ACTION  # B-03-211 |
| ERIC SOLIS | § | |

DEFAULT   JUDGMENT

The Court Ordering the Clerk of Court to enter a Judgment of Default against Defendant Solis and in favor of the Plaintiff in this matter and that Judgment is hereby entered in favor of the Plaintiff in the following amounts:

1. Statutory damages in the amount of ten thousand dollars ($10,000.00)

2. Costs in the amount of five-hundred and eighty-seven dollars ($578.00)

3. Attorney's fee in the amount of one-thousand seven-hundred and twelve dollars ($1,712.00)

4. Post-judgment interest equaling 2.60 % per annum.

In addition, defendant Solis is hereby permanently enjoined from committing any violation of 47 USC § 605, 18 USC § 2511, or 18 USC § 2512.

IT IS SO ORDERED.

DONE at Brownsville, Texas the 17th. Day of  December, 2004

Michael Milby
Clerk of Court

By: _____
Deputy Clerk